ment. June 14, 1916.) Appeal from City Court of New York, Special Term. From an order permitting plaintiff to amend his complaint in material respects upon payment of $10 to defendant, defendant appeals. Order modified, and amendment permitted upon conditions; otherwise, motion to amend denied. See, also, 152 N. Y. Supp. 961; 157 N. Y. Supp. 7, 9.

In the Matter of Asa L. CARTER, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Reference ordered to official referee. Settle order on notice.

Charles CHAPLIN, Applt., v. VITAGRAPH–LUBIN–SELIG–ESSANAY, Inc., et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

159 N.Y.S.—70

In the Matter of the application of the CITY OF NEW YORK, appellant, for a peremptory writ of mandamus directed to Edward Schoeneck and others, Commissioners of the Land Office, and Martin Saxe and others, State Tax Commissioners, as members of and constituting the State Board of Equalization of the State of New York, and Eugene M. Travis, as State Comptroller of the State of New York, respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Order (93 Misc. Rep. 645, 158 N. Y. Supp. 595) unanimously affirmed, with costs.

In the Matter of the application of the CITY OF NEW YORK, relative to acquiring title, etc., for opening and extending EAST NINE-TY–SECOND STREET, from East New York Avenue to Avenue D, etc. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of the CITY OF NEW YORK relative to acquiring title to the lands, etc., required for the opening and extending of ROSEDALE AVENUE, etc., and St. Lawrence Avenue, etc. (Morris Kushner.)

(Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Special Term, New York County. Application by the City of New York relative to acquiring title to certain land. From an order directing cancellation of notice of lien against awards in condemnation proceedings, there is an appeal concerning Morris Kushner. Order reversed, and motion denied.

PER CURIAM. The order is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, on the authority of Carlisle v. Barnes, 102 App. Div. 573, 92 N. Y. Supp. 917, appeal dismissed 183 N. Y. 567, 76 N. E. 1091, and Ransom v. Cutting, 112 App. Div. 150, 98 N. Y. Supp. 282; affirmed 188 N. Y. 447, 81 N. E. 324.

McLAUGHLIN, J. I dissent, on the authority of McCoy v. Gas Engine & Power Co., 152 App. Div. 642, 137 N. Y. Supp. 591, affirmed 208 N. Y. 631, 102 N. E. 1106. The attorney agreed, in effect, that he would pay the minimum respondent's fees and other disbursements.

SMITH, J., concurs.